Submitted on record and briefs November 26, reversed and remanded December 26, 1990

Monte A. GILLESPIE,
*Appellant,*

*v.*

R. L. WRIGHT,
*Respondent.*

(CV891045; CA A63696)

802 P2d 1303

Wade P. Bettis, Jr., and Bettis & Ricker, P.C., La Grande, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).